[No. 30052-4-II. Division Two. March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. PITTS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00343-5, Toni A. Sheldon, J., entered February 11, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 30059-1-II. Division Two. March 9, 2004.]

*In the Matter of the Detention of* D.W., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-6-01327-9, Katherine M. Stolz, J., entered March 7, 2003. *Dismissed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 30076-1-II. Division Two. March 9, 2004.]

REVERDA RUSSELL, *Appellant*, v. TIMBERLAND REGIONAL LIBRARY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-00027-1, Richard D. Hicks, J., entered March 13, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 30267-5-II. Division Two. March 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID J. CULLERTON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00311-5, James B. Sawyer II, J., entered April 9, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.